IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEVEN M. DOLETZKY; V.J.S.D. ) <br> SERVICES LLC; MICHAEL A. GARNO; ) <br> MICHAEL A. BASS; AND BAD WOLF ) <br> TAXES AND ACCOUNTING LLC ) <br> all d/b/a LIBERTY TAX SERVICE, ) <br> ) <br> Defendants. ) | Case No. 8:18-cv-780-CEH-CPT |

**LR 3.08 NOTICE OF PROPOSED SETTLEMENT AMONG UNITED STATES, BASS, BAD WOLF TAXES FOR APPROVAL BY THE COURT**

Plaintiff United States and Defendants Michael A. Bass and Bad Wolf Taxes and Accounting LLC ("Bad Wolf") have agreed upon a Stipulation for Entry of Order and Judgment of Permanent Injunction and Disgorgement that, if entered by the Court, would resolve all the United States' claims in this litigation against Bass and Bad Wolf. *See* LR 3.08. The United States' claims against Defendants Doletzky, Garno, and V.J.S.D. Services LLC remain unresolved.

Consistent with this proposed settlement, the United States, Bass, and Bad Wolf have jointly moved pursuant to Fed. R. Civ. P. 54(b) for entry of a proposed Order and Judgment of Permanent Injunction and Disgorgement Against Michael A. Bass and Bad Wolf Taxes and Accounting LLC (the "Injunction Order and Judgment") since there is no just reason for delay. (Doc. No. 53.) The parties also submitted a proposed Injunction Order and Judgment (Doc. No. 53-1) for entry by the Court.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

MARIA CHAPA LOPEZ
United States Attorney

/s/ Russell J. Edelstein
RUSSELL J. EDELSTEIN (MA Bar No. 663227)
JAMES F. BRESNAHAN II (VA Bar No. 80164)
JORDAN D. HOWLETTE (FL Bar No. 125031)
GREGORY L. MOKODEAN (OH Bar No. 0086880)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 7238 – Ben Franklin Station
Washington, D.C.  20044
Tel: (202) 616-2704 (Edelstein)
Tel: (202) 616-9067 (Bresnahan)
Tel:  (202) 353-0553 (Howlette)
Tel:  (202) 307-6554 (Mokodean)
Fax: (202) 514-6770
Email: russell.j.edelstein@usdoj.gov
Email: james.f.bresnahan@usdoj.gov
Email: jordan.howlette@usdoj.gov
Email: gregory.l.mokodean@usdoj.gov
*Attorneys for Plaintiff*

DATED: May 7, 2019.

/s/ Matthew J. Mueller
MATTHEW J. MUELLER,
FBN: 047366
Wiand Guerra King, P.A.
5505 West Gray Street
Tampa, Florida 33609
Tel: 813-347-5100
Fax: 813-347-5198
Email: mmueller@wiandlaw.com
*Attorney for Defendants Michael A. Bass and Bad Wolf Taxes and Accounting LLC*

DATED:  May 7, 2019.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on the 7th day of May 2019, service of the foregoing: (a) was electronically filed with the Clerk of Court using the CM/ECF system, which will forward a true and correct copy via electronic mail to all participants who have registered for such notice; and (b) sent by e-mail to Steven M. Doletzky and Michael A. Garno, who consented to service by electronic mail at steviedcares@gmail.com and michael.garno@gmail.com.

/s/ Russell J. Edelstein
RUSSELL J. EDELSTEIN