IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) Case No. 8:18-cv-780-CEH-CPT |
| v. | ) |
| STEVEN M. DOLETZKY; V.J.S.D. SERVICES LLC; MICHAEL A. GARNO; MICHAEL A. BASS; AND BAD WOLF TAXES AND ACCOUNTING LLC all d/b/a LIBERTY TAX SERVICE, | ) |
|     Defendants. | ) |

## SATISFACTION OF JUDGMENT (COUNT IV) AGAINST MICHAEL A. BASS

The United States hereby acknowledges that the judgment entered by the Court under Count IV in favor of the United States and against Defendant Michael A. Bass for $260,000.00 on August 5, 2019 (Doc. No. 75) has been satisfied. Accordingly, the Clerk of Court is authorized to mark the judgment against Bass under Count IV of the Complaint as SATISFIED.

//

//

//

//

//

//

//

//

//

1

DATE:  October 12, 2021.               Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General

KARIN HOPPMANN
Acting United States Attorney

 /s/ Russell J. Edelstein
RUSSELL J. EDELSTEIN (MA Bar No. 663227)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238 – Ben Franklin Station
Washington, D.C.  20044
Tel: (202) 616-2704
Fax: (202) 514-6770
Email: russell.j.edelstein@usdoj.gov
*Attorneys for Plaintiff United States of America*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on the 12th day of October 2021, service of the foregoing: (a) was electronically filed with the Clerk of Court using the CM/ECF system, which will forward a true and correct copy via electronic mail to all participants who have registered for such notice; and (b) sent by e-mail to Steven M. Doletzky and Michael A. Garno, who consented to service by electronic mail at steviedcares@gmail.com and michael.garno@gmail.com.

/s/ Russell J. Edelstein
RUSSELL J. EDELSTEIN