IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN M. DOLETZKY; V.J.S.D. )<br>SERVICES LLC; MICHAEL A. GARNO; )<br>MICHAEL A. BASS; AND BAD WOLF )<br>TAXES AND ACCOUNTING LLC )<br>all d/b/a LIBERTY TAX SERVICE, )<br>)<br>  Defendants. )<br>_____)  | Case No. 8:18-cv-780-CEH-CPT |

**SATISFACTION OF JUDGMENT
AGAINST MICHAEL A. GARNO**

The United States hereby acknowledges that the judgment entered by the Court under Count IV of the Complaint in the above captioned case in favor of the United States and against Defendant Michael A. Garno for $100,000.00 on February 18, 2020 (Doc. No. 103) has been satisfied. Accordingly, the Clerk of Court is authorized to mark the judgment against Garno SATISFIED.

//

//

//

//

//

//

//

//

DATE:  March 18, 2022.                    Respectfully submitted,

                                                                     DAVID A. HUBBERT
Deputy Assistant Attorney General

ROGER B. HANDBERG
United States Attorney

*/s/ Russell J. Edelstein*
RUSSELL J. EDELSTEIN (MA Bar No. 663227)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238 – Ben Franklin Station
Washington, D.C.  20044
Tel: (202) 616-2704
Fax: (202) 514-6770
Email: russell.j.edelstein@usdoj.gov
*Attorneys for Plaintiff United States of America*

2

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on the 18th day of March 2022, service of the foregoing: (a) was electronically filed with the Clerk of Court using the CM/ECF system, which will forward a true and correct copy via electronic mail to all participants who have registered for such notice; and (b) sent by e-mail to Steven M. Doletzky and Michael A. Garno, who consented to service by electronic mail at steviedcares@gmail.com and michael.garno@gmail.com.

/s/ Russell J. Edelstein
RUSSELL J. EDELSTEIN